[No. 35610-1-I.    Division One.    August 26, 1996.]

JERRY LEE WATSON, *Appellant*, v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-03693-9, Charles W. Mertel, J., entered
November 3, 1994. *Reversed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Webster and Ellington,
JJ.

[No. 36249-6-I.    Division One.    August 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R.
RICCETTI, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-00895-6, Anita Louise Farris, J.,
entered March 3, 1995. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Kennedy, A.C.J., and Cox,
J.

[No. 35533-3-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
EARL GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04141-6, Carmen Otero, J., entered
October 31, 1994. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 32764-0-I.    Division One.    March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRANCISCO CORREA-CORTEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00268-4, Michael J. Fox, J., entered May
17, 1993. *Dismissed* by unpublished per curiam opinion.